1  | **SCOTT C. CLARKSON, ESQ. SBN 143271**
2  | **EVE A. MARSELLA, ESQ. SBN 165797**
   | **CLARKSON, GORE & MARSELLA**
   | **A PROFESSIONAL LAW CORPORATION**
3  | **3424 Carson Street, Suite 350**
   | **Torrance, California 90503**
4  | **(310) 542-0111 Telephone**
   | **(310) 214-7254 Facsimile**
5  | Attorneys for 374 West 8th Street, LLC,
6  | Debtor and Debtor in Possession

7  | **JOHN S. CLIFFORD, ESQ. SBN 172263**
   | **SMITH, CHAPMAN & CAMPBELL, APLC**
8  | **1800 North Broadway, Suite 200 Santa Ana, CA 92706**
   | **(714) 550-7720 Telephone**
9  | **(714) 550-1251 Facsimile**
   | Special Litigation Counsel for 374 West 8th Street, LLC,
10 | Tony Ashai, Athar Ashai, and Emil Youssefzadeth

11 |

12 | **UNITED STATES BANKRUPTCY COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:10-bk-19554-ER |
| | |
| 374 WEST 8TH STREET, LLC, | Chapter 11 |
| | |
|     Debtor and Debtor in Possession. | Adv. Case No. 2:10-ap-02038-ER |
| | |
| _____ | **NOTICE OF DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| 374 WEST 8TH STREET, LLC, TONY ASHAI, ATHAR ASHAI, EMIL YOUSSEFZADEH | **[NO HEARING REQUIRED]** |
| | |
|     Plaintiffs, | |
| | |
| v. | |
| | |
| ROBB EVANS & ASSOCIATES, LLC, HALEH TURKAMAN, AND KAMRAN GHADIMI, | |
| | |
|     Defendants. | |
| _____ | |

1.    374 West 8th Street, LLC, debtor and debtor in possession in this bankruptcy case and a plaintiff in this adversary proceeding (the "Debtor"), and Tony Ashai, Athar Ashai, and Emil Youssefzadeth (together with the Debtor, the "Plaintiffs"), respectfully give notice of the dismissal of the above captioned action.

2.    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable by Federal Bankruptcy Rule 7041, the Plaintiffs may dismiss an action without a court order by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;....". FRCP 41(a)(1)(A).

3.    No opposing party has served an answer or a motion for summary judgment.

Dated: July 20, 2010           CLARKSON, GORE & MARSELLA, APLC


By: _____
          Scott C. Clarkson, Esq.
          Eve A. Marsella, Esq.
          Attorneys for plaintiff 374 West 8th Street, LLC

SMITH, CHAPMAN & CAMPBELL, APLC


By: _____
          John S. Clifford, Esq.
          Special Litigation Counsel for 374 West 8th
          Street, LLC, Tony Ashai, Athar Ashai, and Emil
          Youssefzadeh

| In re:<br>374 WEST 8th STREET, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 2:10-bk-19554-ER |
| | | ADV. CASE NO.: 2:10-ap-02038-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

### 3424 Carson Street Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **Notice of Dismissal of Complaint Pursuant to FRCP 41(a) (1)(A)(i)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

### See attached service list

☒    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

### See attached service list

☒    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2010 | Michelle A. Carpenter | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

## Service list

### Section I

**Served via ECF**

**Counsel for Defendant, Haleh Turkaman**
Mark Bradshaw    mbradshaw@shbllp.com

**Counsel for Defendant, Kamran Ghadimi**
Mark Bradshaw    mbradshaw@shbllp.com

**U.S. Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### Section II

**Served via U.S. Mail**

**Defendant, Robb Evans & Associates, LLC**
Robb Evans & Associates LLC
11450 Sheldon Street
Sun Valley, CA 91352

**Counsel for Defendant, Haleh Turkaman**
Leonard M. Shulman, Esq.
26632 Towne Center Drive, Suite 300
Foothill Ranch, CA  92610

**Plaintiff**
374 8th Street, LLC
21515 Hawthorne Blvd., #975
Torrance, CA  90503

**Counsel for Plaintiffs**
John S Clifford
1800 North Broadway, Ste 200
Santa Ana, CA 92706

**Judge**
Honorable Ernest M. Robles
255 East Temple Street, Suite 1652
Los Angeles, CA  90012