

**SCOTT C. CLARKSON, ESQ.  SBN 143271**
**EVE A. MARSELLA, ESQ.  SBN 165797**
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**
Attorneys for 374 West 8th Street, LLC,
Debtor and Debtor in Possession

**JOHN S. CLIFFORD, ESQ. SBN 172263**
**SMITH, CHAPMAN & CAMPBELL, APLC**
**1800 North Broadway, Suite 200 Santa Ana, CA 92706**
**(714) 550-7720 Telephone**
**(714) 550-1251 Facsimile**
Special Litigation Counsel for 374 West 8th Street,  LLC,
Tony Ashai, Athar Ashai, and Emil Youssefzadeth

FILED & ENTERED

JUL 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:10-bk-19554-ER |
| | ) |
| 374 WEST 8TH STREET, LLC, | ) Chapter 11 |
| | ) |
|     Debtor and Debtor in Possession. | ) Adv. Case No. 2:10-ap-02038-ER |
| | ) |
| ——————————————— | ) **ORDER DISMISSING COMPLAINT** |
| | ) **PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| 374 WEST 8TH STREET, LLC, TONY | ) |
| ASHAI, ATHAR ASHAI, EMIL | ) |
| YOUSSEFZADEH | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBB EVANS & ASSOCIATES, LLC, | ) |
| HALEH TURKAMAN, AND KAMRAN | ) |
| GHADIMI, | ) |
| | ) |
|     Defendants. | ) |
| ——————————————— | ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     The Court, having received the Notice to Dismiss Case Pursuant to FRCP 41(a)(1)(A)(i) filed by plaintiffs 374 West 8th Street, LLC, Tony Ashai, Athar Ashai, and Emil Youssefzadeth (the "Plaintiffs"), and finding that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable by Federal Bankruptcy Rule 7041, the Plaintiffs may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and further finding that no opposing party has served an answer or a motion for summary judgment, it is therefore ordered that the case is hereby **DISMISSED.**

#######

DATED: July 30, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson St., Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described **ORDER DISMISSING COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On **July 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2010   Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|
| *Date*                *Type Name* | *Signature* |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Service list**

**Section II**

**Served via U.S. Mail**

**Counsel for Defendants, Haleh Turkaman & Kamran Ghadimi**
Mark Bradshaw Esq. & Leonard M. Shulman, Esq.
Shulman Hodges & Bastian LLP
26632 Town Centre Street, Suite 300
Foothill Ranch, CA  92610-2808

**Defendant, Robb Evans & Associates, LLC**
Robb Evans & Associates LLC
11450 Sheldon Street
Sun Valley, CA 91352

**U.S. Trustee**
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA  90017

**Judge**
Honorable Ernest M. Robles
255 East Temple Street, Suite 1652
Los Angeles, CA  90012

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 21, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒Service information continued on attached page

**Service list**

**<u>Section I</u>**

**<u>To be served via ECF</u>**

> **<u>Counsel for Defendant, Haleh Turkaman</u>**
> Mark Bradshaw    mbradshaw@shbllp.com

> **<u>Counsel for Defendant, Kamran Ghadimi</u>**
> Mark Bradshaw    mbradshaw@shbllp.com

> **<u>U.S. Trustee</u>**
> United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**<u>Section III</u>**

**<u>To be served via U.S. Mail</u>**

> **<u>Defendant, Robb Evans & Associates, LLC</u>**
> Robb Evans & Associates LLC
> 11450 Sheldon Street
> Sun Valley, CA 91352

> **<u>Counsel for Defendant, Haleh Turkaman</u>**
> Leonard M. Shulman, Esq.
> 26632 Towne Center Drive, Suite 300
> Foothill Ranch, CA  92610

> **<u>Plaintiff</u>**
> 374 8th Street, LLC
> 21515 Hawthorne Blvd., #975
> Torrance, CA  90503

> **<u>Counsel for Plaintiffs</u>**
> John S Clifford
> 1800 North Broadway, Ste 200
> Santa Ana, CA 92706

> **<u>Judge</u>**
> Honorable Ernest M. Robles
> 255 East Temple Street, Suite 1652
> Los Angeles, CA  90012